MITCHELL S. WONG   5478-0
Law Offices of Mitchell S. Wong
1136 Union Mall, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 546-1200
Facsimile: (888) 402-9041
E-mail: mitchellswong@mail2hawaii.com
        mitchellswong@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STANLEY JACOBE, | CASE NO. _____ |
| Plaintiff, | |
| | COMPLAINT; SUMMONS |
| vs. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY, | |
| Defendant. | Jury Trial: No |

COMPLAINT

Plaintiff STANLEY JACOBE, through his counsel undersigned, sets forth the following civil Complaint against Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY:

## I. The Parties

1. Plaintiff STANLEY JACOBE (hereinafter "JACOBE") is a resident of the City and County of Honolulu, State of Hawaii. His residence address is 87-0124 Lopikane Street, Waianae, Hawaii 96792.

2. Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY is an agency of the United States of America. The specific UNITED STATES ARMY base involved in the events described below is Schofield Barracks, Honolulu, Hawaii 96857.

## II. Jurisdiction & Venue

3. Plaintiff JACOBE was injured while he was operating his motor vehicle and it was struck by a motor vehicle owned by Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY and operated by its employee.

4. A Federal Tort Claim was timely filed, and said claim was reviewed and denied by the Department of the Army, Headquarters 25th Infantry Division and U.S. Army Hawaii, Office of the Staff Judge Advocate, Building 580 Kolekole Avenue, Schofield Barracks, Hawaii 96857.

5. Jurisdiction in this case is pursuant to 28 U.S. Code §1346(b) (Federal Tort Claims Act). Venue is properly in the District Court of Hawaii.

### III.  Statement of Claim

6. On December 11, 2017, at approximately 12:00 p.m., Plaintiff JACOBE was driving his 2004 Chevrolet Suburban southbound on Punchbowl Street in Honolulu, Hawaii.

7. While JACOBE was stopped in traffic his motor vehicle was rear ended by a vehicle driven by Pedro L. Torres.

8. Pedro L. Torres was operating a motor vehicle owned by Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY. Said motor vehicle had the license plate number G414371S.

9. At the time, Pedro L. Torres was employed by UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY and he was stationed at Schofield Barracks on Oahu, Hawaii.

10. The collision between JACOBE's motor vehicle and Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY's motor vehicle was a direct result of the negligence of Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY's employee Pedro L. Torres.

11. Specifically, Pedro L. Torres failed to exercise reasonable care when operating his motor vehicle and failed to stop the motor vehicle in time to

avoid striking JACOBE's motor vehicle in the rear.

12. As a result of the negligence of Defendant UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY's employee Pedro L. Torres, JACOBE suffered lumbar strains and cervical radiculopathy.

13. Plaintiff JACOBE experiences continued physical pain and suffering, emotional distress, and other general damages as a result of the injuries arising from the motor vehicle collision.

14. Plaintiff JACOBE also suffered special damages in the form of medical expenses, loss of income, damage to his property and other special damages.

## IV. Relief Sought

15. Plaintiff JACOBE seeks an award of general and special compensatory damages, costs of suit and other expenses as allowed by the Court.

## V. Certification

16. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the undersigned certifies to the best of his knowledge, information and belief that this civil Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, __May 8, 2023_____.

_____
MITCHELL S. WONG
Attorney for Plaintiff
STANLEY JACOBE