KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT
OF DEFENSE, UNITED STATES ARMY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STANLEY JACOBE, | CIVIL NO. 23-00205 RT |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE; CERTIFICATE OF SERVICE |
| UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY, | |
| Defendant. | |

STIPULATION TO DISMISS
ALL PARTIES AND CLAIMS WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and

through their respective counsel undersigned, pursuant to Rule 41(a)(1)(A)(ii),

Federal Rules of Civil Procedure, that the respective claims brought by Plaintiff

against Defendant United States Department of Defense, United States Army, be dismissed with prejudice, each party to bear its own fees and costs. There are no remaining claims or parties. All appearing parties have signed this Stipulation.

This document can be signed in counterparts.

| | |
|---|---|
| DATED: January 29, 2025 at Honolulu, Hawaii. | DATED: January 29, 2025 at Honolulu, Hawaii. |
| | KENNETH M. SORENSON<br>Acting United States Attorney<br>District of Hawaii |
| /s/<br>MITCHELL S. WONG | By   /s/ Edric M. Ching<br>    EDRIC M. CHING<br>    Assistant U.S. Attorney |
| Attorney for Plaintiff<br>STANLEY JACOBE | Attorneys for Defendant<br>UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY |

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii, February 3, 2025.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 23-00205 RT; *Stanley Jacobe v. United States Department of Defense, United States Army*, "Stipulation to Dismiss All Parties and Claims with Prejudice"